# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| |  |
|---|---|
| **LONG BEACH SECURITIES CORP.**, <br><br>  Plaintiff, <br><br> v. <br><br> **NATIONAL CREDIT UNION ADMINISTRATION BOARD**, as Liquidating Agent of Southwest Corporate Federal Credit Union and Members United Corporate Federal Credit Union, <br><br>  Defendant. | Case No. 1:17-cv-01333 (TNM) |

## ORDER

For the reasons stated today in the Court's oral ruling at the hearing on the parties' cross-motions for summary judgment, it is hereby

**ORDERED** that Long Beach Securities Corp.'s Motion for Summary Judgment is denied. It is further

**ORDERED** that the National Credit Union Administration Board's Motion for Summary Judgment is denied as to Count One, Long Beach's breach of contract claim, and granted as to Count Two, Long Beach's claim for unjust enrichment. It is further

**ORDERED** that the parties are directed to enter alternative dispute resolution. The parties may agree to use the Circuit Mediator's office or a private mediator. If the parties cannot agree on a mediator, the Court will refer this matter to the Circuit Mediator's office. It is further

**ORDERED** that the parties shall submit a joint status report and proposed scheduling order on or before September 17, 2019. The report should advise the Court whether the parties

have agreed to a mediator, and the scheduling order should propose a timeline for mediation, and dates for trial, appropriate pre-trial hearings, and scheduling deadlines.

**SO ORDERED**.

Dated: September 3, 2019

TREVOR N. McFADDEN
United States District Judge